# IN THE SUPREME COURT OF THE STATE OF NEVADA

LAS VEGAS METROPOLITAN POLICE
DEPARTMENT,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
JOSEPH HARDY, JR., DISTRICT
JUDGE,
Respondents,
    and
LAS VEGAS REVIEW-JOURNAL,
Real Party in Interest.

No. 76848



FILED

JAN 14 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
      DEPUTY CLERK

## *ORDER DENYING PETITION*

This original emergency petition for a writ of prohibition or mandamus challenges a district court order requiring Las Vegas Metropolitan Police Department (LVMPD) representatives to meet and confer with opposing counsel, and then, if necessary, permitting the Las Vegas Review Journal (LVRJ) to take depositions of LVMPD's employees regarding LVMPD's response to LVRJ's request for records under the Nevada Public Records Act. We have considered the petition and the answer to the petition, and we are not satisfied this court's intervention by way of extraordinary writ is warranted. *See* NRS 34.160; NRS 34.320; *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004)

19-01833

("Petitioner[ ] carr[ies] the burden of demonstrating that extraordinary relief is warranted."). Accordingly, we

ORDER the petition DENIED.

_____, C.J.
Gibbons

_____, J.          _____, J.
Pickering                                      Hardesty

_____, J.          _____, J.
Parraguirre                                    Stiglich

_____, J.          _____, J.
Cadish                                          Silver


cc:     Hon. Joseph Hardy, Jr., District Judge
        Marquis Aurbach Coffing
        McLetchie Law
        Eighth District Court Clerk